IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 16 C 3853 |
| J & B MECHANICAL, INC., an Illinois corporation, | ) ) ) ) | JUDGE JOHN R. BLAKEY |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, J & B MECHANICAL, INC., an Illinois corporation, in the total amount of $2,041.97, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,669.50.

On May 11, 2016, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Brandy Slavich) at her place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on June 1, 2016. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/   Cecilia M. Scanlon

<u>**CERTIFICATE OF SERVICE**</u>

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>30th</u> day of <u>June 2016</u>:

        Ms. Jo Slavich, Registered Agent/President
        J & B Mechanical, Inc.
        128 West Pratt Boulevard
        Schaumburg, IL   60172

        <u>/s/   Cecilia M. Scanlon</u>

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: 312/216-2577
Facsimile: 312/236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\J & B Mechanical\#26366\motion.cms.df.wpd